IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs                                       CASE NO: 3:07cr64/LAC

HENRY A. HARRINGTON,

    Defendant.

_____/

## **AMENDED ORDER**

The Court's Order dated 24 May 2007 (doc 11) is amended to the extent that the evaluation period shall end on August 30, 2007.

In all other respects, the Court's order of May 24, 2007 remains in full force and effect.

**ORDERED** this 24th day of July, 2007.

                                                s/*L.A. Collier*
                                                LACEY A. COLLIER
                                       Senior United States District Judge