# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:07cr64/LAC

HENRY A. HARRINGTON

_____/

## STIPULATED FACTS

1. The Main Gate at Naval Air Station Pensacola entrance and the area encompassing Taylor, Murray and West Roads are within the exclusive territorial jurisdiction of the United States.

2. On January 17, 2007, at 2:00 a.m., onboard Naval Air Station, Pensacola, Florida, the defendant ran the Main Gate area at a high rate of speed. The defendant's vehicle was subsequently spotted driving south on Murray Road. Department of Defense police attempted to stop the defendant's vehicle after initiating the lights and siren on their marked police vehicles, resulting in a high speed pursuit. The defendant drove against on coming traffic in part of the pursuit. The officers were eventually successful in stopping the defendant's vehicle.



OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

07 OCT 31  AM 10: 51

FILED

3. After stopping the defendant's vehicle, the officers discovered that the defendant acted incoherently and was in an agitated mental state. The defendant fell asleep and urinated on himself while in police custody.

4. The defendant kept telling the arresting officers that someone killed his dog. A subsequent search of the defendant's vehicle resulted in the discovery of a dead dog inside the vehicle that was in an advanced state of rigor. The odor from the animal prevented the officers from conducting a thorough search of the defendant's vehicle.

|  |  |
|---|---|
|  | GREGORY R. MILLER<br>United States Attorney |
| ERIC STEVENSON<br>Attorney for Defendant | STEPHEN P. PREISSER<br>Assistant U.S. Attorney<br>Florida Bar No. 303712<br>Northern District of Florida |
| 10-29-07<br>Date | 10/31/07<br>Date |

HENRY A. HARRINGTON
Defendant

10/28/07
Date