UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                          3:07cr64-001LAC

HENRY A. HARRINGTON

### JUDGMENT OF ACQUITTAL BY THE COURT

The Court having heard the testimony in this case and having found the Defendant Not Guilty Only by Reason of Insanity pursuant to 18 U.S.C. § 4242(b), it is upon consideration, hereby

**ORDERED;**

**JUDGMENT OF ACQUITTAL** of the defendant HENRY A. HARRINGTON as to Counts One, Two and Three of the Indictment is hereby entered.

DONE AND ORDERED this 1st day of February, 2008.

s/*L.A. Collier*
LACEY A. COLLIER
Senior United States District Judge